IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN MIGUEL LOPEZ-MARTINEZ, : | |
|     Petitioner : | |
|       v. : | Case No. 3:24-cv-17-KAP |
| LEONARD ODDO, WARDEN, : | |
| MOSHANNON VALLEY PROCESSING : | |
| CENTER, *et al.*, : | |
|     Respondents : | |

### Memorandum Order

Respondent has filed a suggestion of mootness. *See* ECF no. 7. Petitioner is being notified at the address to which he has been internally paroled that on or before April 30, 2024, he shall either move to withdraw the petition or respond showing cause why the matter should not be dismissed as moot. Failure to respond will be taken as lack of opposition to dismissal. Petitioner shall also complete the enclosed consent form.

The motion for appointment of counsel, ECF no. 4, is denied for the reasons set out in Local Civil Rule 10.

DATE: April 11, 2024

                                                 Keith A. Pesto,
                                                 United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Juan Miguel Lopez-Martinez
516 N. New Street
Allentown, PA 18102